FILED
HARRISBURG, PA
FEB 18 2026
PER _____ /s/ _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 1:26-CR-023 |
| v. | (Judge Wilson) |
| LUCAS J. REISINGER,<br>Defendant. | |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT 1
18 U.S.C. § 1369
(Destruction/Injury of Veterans' Memorials)

On or about September 14, 2025, in Adams County, Pennsylvania, within the Middle District of Pennsylvania, the defendant,

**LUCAS J. REISINGER**,

did willfully injure any structure, plaque, statue, and other monument on public property commemorating the service of any persons in the armed forces of the United States, specifically, a bronze plaque at the observation deck level of the 44th New York Infantry Monument in Gettysburg National Military Park, which is located on property owned by, and under the jurisdiction of, the Federal Government.

All in violation of Title 18, United States Code, Sections 1369(a) and (b)(2).

## COUNT 2
18 U.S.C. § 1369
(Destruction/Injury of Veterans' Memorials)

On or about September 14, 2025, in Adams County, Pennsylvania, within the Middle District of Pennsylvania, the defendant,

**LUCAS J. REISINGER**,

did willfully injure any structure, plaque, statue, and other monument on public property commemorating the service of any persons in the armed forces of the United States, specifically, a bronze bas-relief of Colonel Patrick O'Rorke on the monument to the 140th New York Infantry Regiment in Gettysburg National Military Park, which is located on property owned by, and under the jurisdiction of, the Federal Government.

All in violation of Title 18, United States Code, Sections 1369(a) and (b)(2).

A TRUE BILL

BRIAN D. MILLER
UNITED STATES ATTORNEY

███████████████
FOREPERSON

*[signature]*

MICHAEL SCALERA
ASSISTANT U.S. ATTORNEY

2/18/26
Date

3