AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Middle District of Pennsylvania

| United States of America | ) | | |
|---|---|---|---|
| v. | ) | Case No. | 1:26-CR-00023 |
| | ) | | |
| LUCAS J. REISINGER | ) | | |
| Defendant | ) | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested)     LUCAS J. REISINGER     ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Destruction/Injury of Veterans' Memorials

Date:    02/18/2026

s/Lisa Lombardi
Issuing officer's signature

City and state:    Harrisburg, PA

Lisa Lombardi, Deputy Clerk
Printed name and title

---

**Return**

This warrant was received on (date)   3/6/26  , and the person was arrested on (date)   3/6/26
at (city and state)   Carlisle, PA   .

Date:   3/6/26

Arresting officer's signature

Amanda Cymore, LE Ranger, NPS
Printed name and title