IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 1:26-CR-00023-01 |
| | : | |
| v. | : | |
| | : | |
| LUCAS J. REISINGER,<br>    Defendant | : | |

## ORDER

Upon a finding that the defendant is financially unable to obtain counsel, **IT IS ORDERED** that the Federal Public Defender, 100 Chestnut Street, Suite 306, Harrisburg, Pennsylvania, 17101, telephone number (7l7) 782-2237, is appointed to represent the defendant in all proceedings arising from the within Indictment.  The Federal Public Defender is directed to maintain an accounting of the services provided to the defendant and provide that information to Judge Wilson to determine if reimbursement is appropriate.

_____
Daryl F. Bloom
Chief United States Magistrate Judge

Dated: __3/9/2026_____