IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 1:26-CR-23 |
| | : | |
| v. | : | (Judge Wilson) |
| | : | |
| LUCAS J. REISINGER, | : | |
| Defendant | : | (Electronically Filed) |

**NOTICE OF INTENT TO PLEAD GUILTY**
**WITHOUT A PLEA AGREEMENT**

AND NOW, comes the Defendant, Lucas J. Reisinger by his attorney Curt W. Schulz, Esquire, of the Federal Public Defender's Office, and respectfully files this Notice of Intent to Plead Guilty without a Plea Agreement.

Respectfully submitted,

Date: October 23, 2026

*/s/ Curt W. Schulz*

CURT W. SCHULZ, ESQUIRE
Assistant Federal Public Defender
Attorney ID #PA 204209
100 Chestnut Street, 3rd Floor
Harrisburg, PA 17101
Tel. No. (717) 782-2237
Fax No. (717) 782-3881
*curt_schulz@fd.org*
*Attorney for Defendant*

# CERTIFICATE OF SERVICE

I, Curt W. Schulz, Esquire, of the Federal Public Defender's Office, do hereby certify that I served a copy of the foregoing **Notice of Intent to Plead Guilty Without a Plea Agreement**, via Electronic Case Filing, or by placing a copy in the United States mail, first class in Harrisburg, Pennsylvania, addressed to the following:

Michael Scalera, Esquire
U.S. Attorney's Office
*michael.scalera2@usdoj.gov*

Date: October 23, 2026

*/s/ Curt W. Schulz*

CURT W. SCHULZ, ESQUIRE
Assistant Federal Public Defender
Attorney ID #PA 204209
100 Chestnut Street, 3rd Floor
Harrisburg, PA 17101
Tel. No. (717) 782-2237
Fax No. (717) 782-3881
*curt_schulz@fd.org*
*Attorney for Defendant*