IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 1:26-CR-23 |
| | : | |
| v. | : | (Judge Wilson) |
| | : | |
| LUCAS J. REISINGER, | : | |
| Defendant | : | (Electronically Filed) |

**MOTION TO CONTINUE JURY SELECTION AND TRIAL**

AND NOW, comes the Defendant, Lucas J. Reisinger by his attorney Curt W. Schulz, Esquire, of the Federal Public Defender's Office, and files this Motion to Continue Jury Selection and Trial, and in support thereof avers as follows:

1. On March 9, 2026, Mr. Reisinger appeared before Chief Magistrate Judge Daryl F. Bloom for his initial appearance. Mr. Reisinger is charged with two counts of Destruction of Veterans' Memorials in violation of 18 U.S.C. § 1369.

2. Jury selection and trial are scheduled for November 2, 2026.

3. Undersigned counsel requires additional time for ongoing plea negotiations. Accordingly, Defendant respectfully requests that the Court continue jury selection and trial for a period of sixty (60) days to allow counsel sufficient time to explore the possibility of resolving this matter without

proceeding to trial.

4. Assistant United States Attorney Michael Scalera, Esquire, concurs in this continuance request.

WHEREFORE, for the foregoing reasons, Lucas Reisinger respectfully requests that this Honorable Court grant his Motion to Continue Jury Selection and Trial.

Respectfully submitted,

Date: November 10, 2026

*/s/ Curt W. Schulz*

CURT W. SCHULZ, ESQUIRE
Assistant Federal Public Defender
Attorney ID #PA 204209
100 Chestnut Street, 3rd Floor
Harrisburg, PA 17101
Tel. No. (717) 782-2237
Fax No. (717) 782-3881
*curt_schulz@fd.org*
*Attorney for Defendant*

# CERTIFICATE OF SERVICE

I, Curt W. Schulz, Esquire, of the Federal Public Defender's Office, do hereby certify that I served a copy of the foregoing **Motion to Continue Jury Selection and Trial**, via Electronic Case Filing, or by placing a copy in the United States mail, first class in Harrisburg, Pennsylvania, addressed to the following:

Michael Scalera, Esquire
U.S. Attorney's Office
*Michael.scalera2@usdoj.gov*

Date: November 10, 2026

*/s/ Curt W. Schulz*
CURT W. SCHULZ, ESQUIRE
Assistant Federal Public Defender
Attorney ID #PA 204209
100 Chestnut Street, 3rd Floor
Harrisburg, PA 17101
Tel. No. (717) 782-2237
Fax No. (717) 782-3881
*curt_schulz@fd.org*
*Attorney for Defendant*